LAED 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Johnny McDonald | ) Case No: 03-257 |
| | ) USM No: 28563-034 |
| Date of Previous Judgment: 05/25/2005 | ) Charles Lane |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months _____ **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 140 to 175 months | Amended Guideline Range: | 120 to 150 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

The Defendant previously received a sentence of 78 months as to Count 1 pursuant to a 5K1.1 departure. This Court finds no reason to further reduce the Defendant's sentence due to his extensive criminal history.

**III. ADDITIONAL COMMENTS**

If this sentence is less than the amount of time the defendant has already served, then this sentence is reduced to a "time served" sentence.

Except as provided above, all provisions of the judgment dated 05/25/2005 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 08/04/2008

_____
Judge's signature

Effective Date: 08/04/2008
(if different from order date)

Hon. Stanwood R. Duval, Jr., U.S. District Judge
Printed name and title